JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.   CR07-5369FDB |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| JAMES WAYNE CLARK, | ) | |
| Defendant. | ) | |

Upon motion of the defendant to continue the pretrial motions due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions due date in this matter be continued to July 20, 2007.

DONE this 6th day of July, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Russell V. Leonard*  
Russell V. Leonard  
Attorney for Defendant

*/s/ Kent Y. Liu*  
Kent Y. Liu  
Special Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE     1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**