JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES WAYNE CLARK,<br><br>    Defendant. | NO. CR07-5369FDB<br><br>ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |

Upon motion of the defendant to continue the pretrial motions due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions due date in this matter be continued to October 16, 2007.

DONE this 28th day of September, 2007.

_____
The Honorable Franklin D. Burgess
United States District Court Judge

Presented by:

*/s/ Russell V. Leonard*
Russell V. Leonard
Attorney for Defendant

*/s/ Kent Y. Liu*
Kent Y. Liu
Special Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE    1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**