UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES WAYNE CLARK,<br><br>  Defendant. | Case No. CR-07-5369 FDB<br><br>ORDER DENYING MOTION TO CONTINUE TRIAL DATE |

  This matter comes before the Court on the parties Stipulated Motion to Continue Trial Date. The basis for the request for continuance is the Defendant's assertion of the necessity of additional time for effective preparation for trial. Trial is presently set for November 5, 2007. This is approximately five weeks from today's date, September 28, 2007.

  The Court finds the motion to continue the trial date premature. The parties are directed to diligently pursue preparation of this case and if at future date it appears additional time is necessary, the parties may appropriately move the Court for a continuance.

  ACCORDINGLY,

  IT IS ORDERED:

ORDER - 1

The Stipulated Motion to Continue Trial Date [Dkt #25] is **DENIED** as premature.

DATED this 28th day of September, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2